UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOB ROSS, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No. 1:20-cv-00987-LO-JFA ) |
| RIP N DIP, INC., *et al.*, | ) ) |
| Defendants. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Bob Ross, Inc. and Defendants Rip N Dip, Inc., Zumiez, Inc., and Ryan O'Connor, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, subject to the Court retaining jurisdiction to enforce the terms of the Order and Consent Injunction (Dkt. 47) and the parties' Settlement Agreement. The parties shall bear their own attorney's fees and costs.

DATED: January 11, 2022                                DATED: January 11, 2022


/s/David G. Barger_____                            /s/Craig C. Reilly_____
David G. Barger (VSB# 21652)                           Craig C. Reilly (VSB # 20942)
GREENBERG TRAURIG, LLP                                 209 Madison Street, Suite 501
1750 Tysons Boulevard, Suite 1000                      Alexandria, Virginia 22314
McLean, Virginia 22102                                 Phone: (703) 549-5354
Phone: 703-749-1300                                    Fax: (703) 549-5355
Fax:     703-749-1301                                  E-mail: craig.reilly@ccreillylaw.com
E-mail: bargerd@gtlaw.com

| | |
|---|---|
| Steven J. Wadyka, Jr. (*pro hac vice*)<br>GREENBERG TAURIG, LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, D.C. 20037<br>Phone: (202) 331-3100<br>Fax:    (202) 261-0135<br>E-mail: wadykas@gtlaw.com<br><br>*Attorneys for Plaintiff*<br>*Bob Ross, Inc.* | Frank Seddigh (*pro hac vice*)<br>Alicia M. Veglia (*pro hac vice*)<br>SEDDIGH ARBETTER LLP<br>626 Wilshire Blvd., Ste. 410<br>Los Angeles, CA 90017<br>Phone: (213) 816-0008<br>Fax: (213) 816-0009<br>E-mail: fs@sedbetter.com<br>E-mail: av@sedbetter.com<br><br>*Attorneys for Defendants*<br>*Rip N Dip, Inc., Zumiez, Inc. and*<br>*Ryan O'Connor* |